KSC/04.01.25
CCM USAO#2025R00065

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

USDC- BALTIMORE
'25 APR 3 PM 12:32

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **UNDER SEAL** |
| | * | |
| v. | * | Criminal No. JKB-25-91 |
| | * | |
| **ALCEDO HODGE JR.,** | * | (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. § 846; Possession with Intent to Distribute Controlled Substances, 21 U.S.C. § 841(a); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c); Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 18 U.S.C. § 924(c), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c)) |
| Defendant. | * | |

******

## INDICTMENT

### COUNT ONE
### (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland charges:

From a date unknown to the Grand Jury but no later than December 2024 and continuing until on or about March 2025, in the District of Maryland, the defendant,

**ALCEDO HODGE JR.,**

did knowingly combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury to distribute and possess with the intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(A)

## COUNT TWO

### (Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges:

On or about March 17, 2025, in the District of Maryland, the defendant,

**ALCEDO HODGE JR.,**

did knowingly and intentionally possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and § 841(b)(1)(A)

## COUNT THREE
### (Possession of a Firearm in Furtherance of Drug Trafficking)

The Grand Jury for the District of Maryland further charges:

On or about March 17, 2025, in the District of Maryland, the defendants,

**ALCEDO HODGE JR.,**

did knowingly possess two firearms, to wit, a .40 caliber Glock 23 Generation 5 semi-automatic firearm, bearing serial number BYGH833, and a .380 caliber Smith & Wesson M&P semi-automatic firearm, bearing serial number RDC0958, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 841, as alleged in Count Two of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

3

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Counts One through Three of this Indictment.

### Narcotics Forfeiture

2. Upon conviction of the offenses alleged in Counts One or Two of this Indictment, the defendant,

**ALCEDO HODGE,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; and

    b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

### Firearms and Ammunition Forfeiture

3. Upon conviction of the offense alleged in Count Three of this Indictment, the defendant,

**ALCEDO HODGE,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense.

**Property Subject to Forfeiture**

6. The property to be forfeited includes, but is not limited to, the following:

   a. a forfeiture money judgment in the amount of proceeds the defendant obtained as a result of the offense alleged in Count One of this Indictment;

   b. a .40 caliber Glock 23 Generation 5 semi-automatic firearm, bearing serial number BYGH833;

   c. a .380 caliber Smith & Wesson M&P semi-automatic firearm, bearing serial number RDC0958;

   d. approximately $70,000 in U.S. currency seized from an Acura SUV in Baltimore County, Maryland that was driven by Alcedo Hodge on or about March 17, 2025;

**Substitute Assets**

7. If, as a result of any act or omission of any defendant, any of the property described above as being subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

_____ (CCM)
Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

04/03/2025
Date

6